UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ZERAI YOHANNES,

               Petitioner,

     v.

DEPARTMENT OF
HOMELAND SECURITY,

              Respondent.

Case No. 5:25-cv-01990-JWH-JC

**ORDER ACCEPTING FINDINGS,
CONCLUSIONS, AND
RECOMMENDATIONS OF UNITED
STATES MAGISTRATE JUDGE**

The Court has conducted the review required by 28 U.S.C. § 636, and it hereby **ORDERS** as follows:

1.      The Magistrate Judge's August 5, 2025, Order and the findings, conclusions, and recommendation of the Magistrate Judge reflected in the September 25, 2025, Report and Recommendation of United States Magistrate Judge are **ACCEPTED** and **ADOPTED**.

2.      The Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("Petition") and this action are **DISMISSED without prejudice** for failure to prosecute and failure to state a claim.

3.      Judgment shall issue accordingly.

**IT IS SO ORDERED.**

Dated:  November 5, 2025

Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE