JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZERAI YOHANNES, | Case No. 5:25-cv-01990-JWH-JC |
| Petitioner, | **JUDGMENT** |
| v. | |
| DEPARTMENT OF HOMELAND SECURITY, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 and this action are **DISMISSED without prejudice**.

IT IS SO ORDERED.

Dated: November 5, 2025

Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE